**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    19-cr-00448-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JONATHAN MANUEL GOMEZ, and**
2. **GUILLERMO MONTANO,**

    Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

**COUNT ONE**

On or about August 11, 2019, in the State and District of Colorado, the defendant, JONATHAN MANUEL GOMEZ, did knowingly escape from custody at the Federal Prison Camp in Florence, Colorado, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Texas upon conviction for the commission of importation of marijuana greater than 100 kilograms, in violation of 21 U.S.C. §§ 952 and 960.

All in violation of Title 18, United States Code, Section 751(a).

**COUNT TWO**

On or about August 11, 2019, in the State and District of Colorado, the defendant, GUILLERMO MONTANO, did knowingly escape from custody at the Federal Prison Camp in Florence, Colorado, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and

commitment of the United States District Court for the District of Arizona upon conviction for the commission of importation of methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(3).

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:


 Ink signature on file in Clerk's Office
 FOREPERSON


JASON R. DUNN
United States Attorney


By: *s/Clay C. Cook*
Clay C. Cook
Special Assistant United States Attorney
*s/Valeria Spencer*
Valeria Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: clay.cook@usdoj.gov
E-mail:  Valeria.Spencer@usdoj.gov

Attorneys for Government