AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. JONATHAN MANUEL GOMEZ<br><br>*Defendant* | )<br>)<br>)  Case No.  19-cr-00448-DDD-1<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JONATHAN MANUEL GOMEZ                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  Escape in violation of 18 USC 751(a).


Date:  10/22/2019                                                                                    s/A. Thomas, Deputy Clerk
                                                                                                         *Issuing officer's signature*

City and state:    Denver, Colorado                                               Jeffrey P. Colwell, Clerk of Court
                                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                         *Arresting officer's signature*

                                                                                                         *Printed name and title*